# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GILBERTO GUERRA,**
**ADC #123482**                                                                                           **PLAINTIFF**

**V.**                          **2:07-CV-00099-WRW-BD**

**ARKANSAS DEPARTMENT**
**CORRECTION,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 28th day of December, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE